IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**TIMOTHY DOYLE YOUNG,**

        **Plaintiff,**

  v.                                  CASE NO. 17-3066-SAC-DJW

**DEPARTMENT OF JUSTICE, et al.,**

        **Defendants.**

**MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiff's motion to dismiss. The Court has reviewed the motion and finds dismissal is proper under Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS, THEREFORE, BY THE COURT ORDERED plaintiff's motion to dismiss (Doc. #3) is granted.

**IT IS SO ORDERED.**

DATED: This 9th day of May, 2017, at Topeka, Kansas.

                                    S/ Sam A. Crow
                                    SAM A. CROW
                                    U.S. Senior District Judge